ACCEPTED
04-14-00357-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/18/2015 12:05:26 PM
KEITH HOTTLE
CLERK

No. 04-14-00357-CV

IN THE COURT OF APPEALS

FOR THE FOURTH DISTRICT OF TEXAS

AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/18/2015 12:05:26 PM
KEITH E. HOTTLE
Clerk

BURTON KAHN,

Appellant,

v.

HELVETIA ASSET RECOVERY, INC.,

Appellee.

## NOTICE OF APPEARANCE OF LEAD COUNSEL

TO THE HONORABLE COURT:

COMES NOW, Elizabeth Conry Davidson, counsel for Appellee, Helvetia Asset Recovery, Inc., and files her Notice of Appearance of Lead Counsel, and in support thereof would respectfully show this Court the following:

Elizabeth Conry Davidson, Attorney at Law has been retained to represent the above-referenced Appellee, Helvetia Asset Recovery, Inc., in this case and hereby makes an appearance in this case for all purposes.

WHEREFORE PREMISES CONSIDERED, the undersigned respectfully request that this Notice of Appearance of Lead Counsel be filed with the other papers and pleadings in this cause, and that the Court and all parties take notice of the appearances and designation made herein.

Respectfully submitted,

ELIZABETH CONRY DAVIDSON
ATTORNEY AT LAW
926 Chulie
San Antonio, Texas 78216
Telephone: 210/380-4899
Telecopier: 210/568-4036

By: /s/ Elizabeth Conry Davidson
Elizabeth Conry Davidson
State Bar No. 00793586

**ATTORNEY FOR APPELLEE, HELVETIA ASSET RECOVERY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was delivered to the following in accordance with the Texas Rules of Civil Procedure and the Texas Rules of Appellate Procedure on this the 18th day of May, 2015:

Burton Kahn                                    *Via electronic mail: glentrail@yahoo.com*
1706 Alpine Circle
San Antonio, Texas 78248

Lisa Barkley                                   *Via electronic mail: Lisa.Barkley@haynesboone.com*
Haynes and Boone, LLP
112 E. Pecan Street
Suite 1200
San Antonio, TX 78205-1524

<u>/s/ Elizabeth Conry Davidson</u>
Elizabeth Conry Davidson